# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | CV 22-268-GW-AGRx | Date | January 24, 2023 |
| Title | *Construction Laborers Trust Funds for Southern California Administrative Company v. Throop Lightweight Fill, Inc., et al.* | | |

Present: The Honorable  GEORGE H. WU, UNITED STATES DISTRICT JUDGE

| Javier Gonzalez | None Present | |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:  Attorneys Present for Defendants:

None Present  None Present

**PROCEEDINGS:**  **IN CHAMBERS - ORDER TO SHOW CAUSE RE SETTLEMENT**

The Court has received the parties' Supplemental Joint Status conference wherein they indicate that a settlement has been reached in principle (ECF No. 49). Based thereon, the January 26, 2023 scheduling conference is taken off-calendar. An order to show cause hearing is set for May 25, 2023 at 8:30 a.m., and the parties shall file a joint status report by May 22, 2023.

:

Initials of Preparer   JG