JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CONSTRUCTION LABORERS TRUST FUNDS FOR SOUTHERN CALIFORNIA ADMINISTRATIVE COMPANY,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THROOP LIGHTWEIGHT FILL, INC., et al.,<br><br>　　　　　Defendants. | Case No.  CV 22-268-GW-AGRx<br><br>**ORDER TO DISMISS WITHOUT PREJUDICE** |

Based upon the stipulation between the parties and their respective counsel, it is hereby ORDERED that this action is dismissed without prejudice in its entirety. Each party will bear its own attorneys' fees and expenses.

　　　IT IS SO ORDERED.

Dated: May 10, 2023

　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　HON. GEORGE H. WU,
　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE